IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**NEXUS PERFORATING LLC**

    *Plaintiffs*,

v.                                                                                  Case No. 4:20-CV-01539

**C&J ENERGY SERVICES, INC.,** a
Delaware Corporation; **NEXTIER**
**OILFIELD SOLUTIONS INC.,**                          JURY TRIAL DEMANDED
a Delaware Corporation; & **STEVE**
**DELOZIER,** an Individual.

    *Defendants.*

## DEFENDANTS' NOTICE OF APPEARANCE

Please take notice that the following attorney is entering an appearance for Defendants, C&J Energy Services, Inc., NexTier Oilfield Solutions Inc., and Steve Delozier: Colin Phillips, State Bar No. 24105937, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, and (713) 655-0062 (Facsimile), cphillips@azalaw.com.  Mr. Phillips is currently admitted to practice in the Southern District of Texas.

Dated: August 26, 2020                     Respectfully submitted,

                                                        **AHMAD, ZAVITSANOS, ANAIPAKOS,**
                                                        **ALAVI & MENSING, P.C.**

                                                        */s/ Colin Phillips*

                                                        Amir Alavi
                                                        Texas Bar No. 00793239
                                                        aalavi@azalaw.com
                                                        Demetrios Anaipakos
                                                        Texas Bar No. 00793258
                                                        danaipakos@azalaw.com

Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Monica Moussighi
Texas State Bar No. 24074767
mmoussighi@azalaw.com
Colin Phillips
Texas State Bar No. 24105937
cphillips@azalaw.com
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR DEFENDANTS
C&J ENERGY SERVICES, INC., NEXTIER
OILFIELD SOLUTIONS, INC. and
STEVE DELOZIER**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the August 26, 2020, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Southern District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

                                                                                       */s/ Colin Phillips*
                                                                                       Colin Phillips