IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NEXUS PERFORATING LLC**<br><br>    *Plaintiffs*,<br><br>v.<br><br>**C&J ENERGY SERVICES, INC.,** a Delaware Corporation; **NEXTIER OILFIELD SOLUTIONS INC.,** a Delaware Corporation; **& STEVE DELOZIER,** an Individual.<br><br>    *Defendants.* | Case No. 4:20-CV-01539<br><br>Jury Trial Demanded |

## DEFENDANTS' NOTICE OF APPEARANCE

Please take notice that the following attorney is entering an appearance for Defendants, C&J Energy Services, Inc., NexTier Oilfield Solutions Inc., and Steve Delozier: Michael McBride, State Bar No. 24065700, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, (713) 655-0062 (Facsimile), and mmcbride@azalaw.com. Mr. McBride is currently admitted to practice in the Southern District of Texas.

Dated: October 26, 2020

Respectfully submitted,

Ahmad, Zavitsanos, Anaipakos,
Alavi & Mensing, P.C.

*/s/ Michael McBride*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Michael McBride

1

Texas Bar No. 24065700
mmcbride@azalaw.com
Monica Moussighi
Texas State Bar No. 24074767
mmoussighi@azalaw.com
Colin Phillips
Texas State Bar No. 24105937
cphillips@azalaw.com
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR DEFENDANTS
C&J ENERGY SERVICES, INC., NEXTIER
OILFIELD SOLUTIONS, INC. and
STEVE DELOZIER**

**CERTIFICATE OF SERVICE**

     I hereby certify that on the October 26, 2020, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Southern District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

                                                                */s/ Michael McBride*
                                                                Michael McBride