# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| NEXUS PERFORATING LLC, <br><br>    Plaintiff, <br><br> v. <br><br> C&J ENERGY SERVICES, INC., a Delaware Corporation; NEXTIER OILFIELD SOLUTIONS, INC., a Delaware Corporation; and, STEVE DELOZIER, an individual <br><br>    Defendants. | Civil Case No. 4:20-cv-01539 <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW

Plaintiff Nexus Perforating LLC ("Plaintiff" or "Nexus") hereby submits this notice of non-opposition to Defendants' motion to stay the case pending *Inter Partes* Review. Plaintiff's non-opposition is not an admission of any of Defendants' arguments or assertions contained in their motion to stay.

Date: November 13, 2020            Respectfully submitted,


BUCHE & ASSOCIATES, P.C.

*/s/ John K. Buche*
John K. Buche (SBN
Scott D. Compton (SBN
Byron Ma (Pro Hac Vice Forthcoming)
1700 Post Oak Blvd., 2 Blvd. Pl., Suite 600
Houston, Texas 77056

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(a)(3), I hereby certify that all counsel of record who are deemed to have consent to electronic service are being served on November 13, 2020 with a copy of this document via the Court's CM/ECF system.

/s/ John K. Buche
John K. Buche
